IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Alessi, Anthony | Case Number: 04 B 26527 |
| | Judge: Wedoff, Eugene R |
| Printed: 11/27/07 | Filed: 7/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 26, 2007
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 45,098.69 | |
| Secured: | | 24,625.99 |
| Unsecured: | | 6,554.31 |
| Priority: | | 0.00 |
| Administrative: | | 1,966.50 |
| Trustee Fee: | | 1,849.04 |
| Other Funds: | | 10,102.85 |
| Totals: | 45,098.69 | 45,098.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 1,966.50 | 1,966.50 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Village of Midlothian | Secured | 129.53 | 129.53 |
| 4. | General Motors Acceptance Corp | Secured | 21,376.06 | 21,376.06 |
| 5. | Wells Fargo Home Mortgage | Secured | 4,348.68 | 3,120.40 |
| 6. | MCSI | Unsecured | 493.39 | 493.39 |
| 7. | General Motors Acceptance Corp | Unsecured | 979.61 | 979.61 |
| 8. | RoundUp Funding LLC | Unsecured | 4,527.92 | 4,527.92 |
| 9. | Nicor Gas | Unsecured | 553.39 | 553.39 |
| 10. | Village of Midlothian | Unsecured | | No Claim Filed |
| 11. | Christ Hospital | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Apple Chevrolet | Unsecured | | No Claim Filed |
| | | | $ 34,375.08 | $ 33,146.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 324.46 |
| 4% | 80.91 |
| 3% | 56.85 |
| 5.5% | 303.11 |
| 5% | 58.73 |
| 4.8% | 181.32 |
| 5.4% | 843.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Alessi, Anthony

Printed:  11/27/07

Case Number:  04 B 26527
Judge:  Wedoff, Eugene R
Filed:  7/16/04

_____
$ 1,849.04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Denise Ashley_____